Cite as 2020 Ark. 262

# SUPREME COURT OF ARKANSAS
**No.** CV–20–454

| | |
|---|---|
| | **Opinion Delivered:** July 24, 2020 |
| BONNIE MILLER, INDIVIDUALLY AND ON BEHALF OF ARKANSAS VOTERS FIRST AND OPEN PRIMARIES ARKANSAS, BALLOT QUESTION COMMITTEES<br>PETITIONERS | AN ORIGINAL ACTION |
| JOHN THURSTON, IN HIS CAPACITY AS ARKANSAS SECRETARY OF STATE<br>RESPONDENT | |
| ARKANSANS FOR TRANSPARENCY, A BALLOT QUESTION COMMITTEE, AND JONELLE FULMER, INDIVIDUALLY AND ON BEHALF OF ARKANSANS FOR TRANSPARENCY<br>INTERVENORS | MOTION TO EXPEDITE AND FOR PRELIMINARY INJUNCTION GRANTED; MOTION TO INTERVENE GRANTED; SPECIAL MASTER APPOINTED; BRIEFING SCHEDULE SET. |

**PER CURIAM**

At issue in this original action are two statewide initiative petitions proposing amendments to the Arkansas Constitution. On July 17 and July 21, 2020, petitioners Bonnie Miller, individually and on behalf of Arkansas Voters First and Open Primaries Arkansas, ballot question committees, filed their consolidated original petition and amended consolidated original-action petition. Petitioners challenge respondent's decisions declaring their initiative petitions insufficient to qualify for the November 3, 2020 general election

ballot. Pending is petitioners' motion to expedite and for preliminary injunction. Also pending is a motion to intervene filed by Arkansans for Transparency, a ballot question committee, and Jonelle Fulmer, individually and on behalf of Arkansans for Transparency. We grant the motion to intervene.

We grant expedited consideration and appoint the Honorable John Fogleman as special master to resolve the factual disputes raised in the amended petition. The response to the amended consolidated original-action petition is due July 27, 2020. The special master's report shall be filed no later than August 3, 2020. The briefing schedule is set as follows: petitioners' brief due August 5, 2020; respondent's and intervenors' briefs due August 7, 2020; and reply brief due August 10, 2020.

The motion for temporary injunctive relief is granted as follows. Respondent is directed to continue facial review of the petition regarding redistricting submitted by Arkansas Voters First and to begin verifying signatures on both initiative petitions. Petitioners are granted a thirty-day cure period to commence on the date of this order.[1]

This court has routinely required parties to post a bond in original actions brought under amendment 7 when a master is appointed. *See Lange v. Martin*, 2016 Ark. 302 (per curiam). Respondent is not subject to the payment of costs because of sovereign immunity. *See id*. Therefore, petitioners and intervenors are directed to file a bond to be approved by our clerk in the amount of $5,000 to secure payment of costs adjudged against them in taking and transcribing proof, including the master's fee.

---

[1] This cure period is provisional, and counting the signatures collected during the cure period depends on whether the petitioners are ultimately determined to be entitled to a cure period.

It is so ordered.

WOOD, J., not participating in the motion to intervene.